No. 420, Misc. WASHINGTON v. UNITED STATES ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 475, Misc. BRYANT v. MAILLER, CHAIRMAN, NEW YORK STATE PAROLE BOARD, ET AL. Application denied.

No. 484, Misc. GOODSON v. VIRGINIA. Motion for leave to file petition for declaratory judgment denied.

No. 548. BUTLER v. MICHIGAN. Appeal from the Recorder's Court of the City of Detroit, Michigan. Probable jurisdiction noted. *Manuel Lee Robbins* and *William G. Comb* for appellant. *Thomas M. Kavanagh,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for appellee. Briefs of *amici curiae* urging that probable jurisdiction be noted were filed by *Horace S. Manges* for the American Book Publishers Council, Inc., and *Osmond K. Fraenkel* for the Authors League of America, Inc.

No. 579. BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION v. PARNELL; and
No. 580. BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION v. FIRST NATIONAL BANK IN INDIANA, PENNSYLVANIA. C. A. 3d Cir. Certiorari granted. *Robert L. Kirkpatrick, John G. Buchanan* and *Erwin N. Griswold* for petitioner. *B. B. McGinnis* for respondent in No. 579. *Harvey A. Miller, Harvey A. Miller, Jr.* and *J. Lee Miller* for respondent in No. 580. Reported below: 226 F. 2d 297.